UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 95-0088 (PLF) |
| ) | Civil Action No. 16-1291 (PLF) |
| HAROLD CUNNINGHAM, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Petitioner Harold Cunningham has asked the Court for an attorney who can explore the possibility of filing a motion for Mr. Cunningham under the District of Columbia's Incarceration Reduction Amendment Act ("IRAA"). See United States v. Harold Cunningham Jr., 95-cr-88 Status Update [Dkt. No. 652]; United States v. White, Crim. No. 96-cr-452, 2023 WL 6547464 (D.D.C. Aug. 4, 2023) (granting the petitioner's motion for resentencing under the IRAA). On May 3, 2023, the Court appointed Mr. Jerry Ray Smith as counsel for Mr. Cunningham to assist Mr. Cunningham with various outstanding motions, including motions relating to Mr. Cunningham's competence and Mr. Cunningham's motion under 28 U.S.C. § 2255 to vacate his conviction under 18 U.S.C. § 924(c). See Order [Dkt. No. 645]. Mr. Smith has graciously agreed to continue his representation of Mr. Cunningham and assist Mr. Cunningham with a potential IRAA motion.

It is hereby

ORDERED that Mr. Cunningham's request for the appointment of counsel is GRANTED; and it is

FURTHER ORDERED that Jerry Ray Smith is appointed under the Criminal

Justice Act of 1964, as amended by the Criminal Justice Act Revision of 1986, codified at 18 U.S.C. § 3006a, to represent Mr. Cunningham with respect to a potential IRAA motion.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 1/17/24