UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 95-88 (PLF) |
| v.    )( | Judge Freidman |
| )( | Status Conference: February 23, 2024 |
| HAROLD CUNNINGHAM    )( | |

**JOINT STATUS REPORT REGARDING TIMELINE FOR DEFENSE EXPERT TO COMPLETE COMPETENCY EVALUATION OF DEFENDANT**

COMES NOW the defendant, Harold Cunningham, and the United States of America, by and through undersigned counsel, and respectfully submit a joint status report to advise the Court about the anticipated timeline for a defense expert to complete a competency evaluation of Mr. Cunningham. Towards this end, Mr. Cunningham and the United States would show:

1.      In connection with this case, a competency evaluation of Mr. Cunningham was done by Lesli Johnson, Ph.D., a psychologist with the federal Bureau of Prisons. Dr. Johnson evaluated Mr. Cunningham at the Federal Detention Center in Houston, Texas for a period of approximately two and one half months in 2022. As part of her evaluation of Mr. Cunningham, Dr. Johnson reviewed BOP records, including extensive mental-health records, for Mr. Cunningham going back to 1997 and psychological, psychiatric, and forensic evaluations of Mr. Cunningham going back to 1998. Dr. Johnson concluded that Mr. Cunningham was competent.

2.      Mr. Cunningham contests Dr. Johnson's finding that he is competent, and towards this end, the defense has obtained the services of Bhushan S. Agharkar, M.D. to do an independent competency evaluation of Mr. Cunningham.

3. In order to do his evaluation, Dr. Agharkar needs to review the records that Dr. Johnson reviewed for her evaluation of Mr. Cunningham and then meet with Mr. Cunningham at the D.C. Jail.

4. Undersigned counsel are working together to get the records that Dr. Johnson reviewed for her evaluation to Dr. Agharkar. It is anticipated that Dr. Agharkar will have the records within two to three weeks. Dr. Agharkar is planning for an initial visit with Mr. Cunningham at the D.C. Jail in March. Dr. Agharkar anticipates that he will have completed his evaluation of Mr. Cunningham by the end of April.

WHEREFORE, defendant Harold Cunningham and the United States of America advise the Court about the anticipated timeline for a defense expert to complete a competency evaluation of Mr. Cunningham.

Respectfully submitted,

/s/
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Harold Cunningham
717 D Street, N.W.
Suite 310
Washington, DC 20004
jerryraysmith@verizon.net
(202) 641-4211

/s/
Kacie McCoy Weston
Assistant United States Attorney
Office of the United States Attorney
601 D Street, N.W.
Washington, DC 20004
kacie.weston@usdoj.gov
(202) 252-7509